UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALGIERS RAMON SANDERS GARCIA, :
                  Plaintiff, :
                                                        :
v.                                                        :      **ORDER**
                                                          :
JOHN DOES #1, D.E.A.; JOHN DOE #2, :      22 CV 2599 (VB)
D.E.A., :
                  Defendants. :
--------------------------------------------------------------x

    On November 15, 2022, the Court's mailing to plaintiff of the Court's order granting <u>in forma pauperis</u> status dated November 2, 2022 (Doc. #7), was returned and marked "[r]eturn to sender attempted - not known unable to forward." The mailing was sent to plaintiff at 10 Woods Road, P.O. Box 10, Valhalla, NY 10595, the mailing address he listed on his complaint. (<u>See</u> Doc. #1).

    The Court has become aware that plaintiff's current mailing address is as follows:

        Algiers Ramon Sanders Garcia
        2737B Kingsbridge Terrace
        Apt. 2
        Bronx, NY 10463

    The Clerk is instructed to update plaintiff's address accordingly.

    Plaintiff is reminded that it is his obligation to update the Court in writing if his address changes. If he fails to do so, the case will be dismissed for failure to comply with a Court order or for failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

    Chambers will mail a copy of this Order, as well as copies of the Court's Orders dated November 2 and November 4, 2022 (Docs. ##7, 9) to plaintiff at his current address.

Dated: November 17, 2022
       White Plains, NY

                                          SO ORDERED:

                                          */s/ Vincent L. Briccetti*
                                          Vincent L. Briccetti
                                          United States District Judge