UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALGIERS RAMON SANDERS GARCIA,
          Plaintiff,

v.

JOHN DOES #1, D.E.A.; JOHN DOE #2,
D.E.A.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2599 (VB)

  On November 4, 2022, the Court issued an order directing the United States Attorney's Office, as attorney and agent for the Drug Enforcement Administration ("DEA"), to ascertain the identity and badge number of each John Doe whom plaintiff seeks to sue here and provide the address where the defendants may be served. (Doc. #9).

  On December 28, 2022, the United States Attorney's Office identified the two DEA agents who were involved in plaintiff's arrest on November 29, 2021, as well as an address where they may be served. (Doc. #11). The United States Attorney's letter indicates that it was mailed to plaintiff at the address on the docket.

  Accordingly, plaintiff is reminded that he may file an amended complaint naming these defendants by January 27, 2023. If plaintiff fails to file an amended complaint by that time, the Court may dismiss this action under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with Court orders.

  Chambers will mail a copy of this Order to plaintiff at his current address.

Dated: December 28, 2022
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge