UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALGIERS RAMON SANDERS GARCIA,
          Plaintiff,

v.

JOHN DOES #1, D.E.A.; JOHN DOE #2,
D.E.A.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2599 (VB)

    On December 28, 2022, the United States Attorney's Office identified the two DEA agents who were involved in plaintiff's arrest on November 29, 2021, as well as an address where they may be served. (Doc. #11).

    The same day, the Court entered an order reminding plaintiff that he could file an amended complaint naming these defendants by January 27, 2023, and warning that the Court may dismiss this action under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with Court orders if plaintiff failed to file an amended complaint by that date. (Doc. #12).

    To date, plaintiff has not filed an amended complaint.

    Accordingly, it is HEREBY ORDERED:

    1.    The Court <u>sua sponte</u> extends plaintiff's time to file an amended complaint to <u>March 9, 2023</u>.

    2.    **If plaintiff fails to file an amended complaint by <u>March 9, 2023</u>, the Court may dismiss this action under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with Court orders. Absent a showing of good cause for the delay, the Court will not grant a further extension of time to file an amended complaint.**

Plaintiff is reminded that it is his obligation to update the Court in writing if his address changes. If he fails to do so, the case will be dismissed for failure to comply with a Court order or for failure to prosecute. See Fed. R. Civ. P. 41(b).

Chambers will mail a copy of this Order to plaintiff at his current address.

Dated: February 7, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge